**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ANDRES GARCIA-SANDOVAL,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03831-RFB-BNW

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Andres Garcia-Sandoval, has another habeas proceeding pending in this District: Garcia-Sandoval v. Blanche, No. 2:26-cv-02925-CDS-NJK.

Accordingly, **IT IS HEREBY ORDERED** that, on or before October 19, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Garcia-Sandoval v. Blanche, No. 2:26-cv-02925-CDS-NJK.

**DATED:** October 7, 2026

/s/ Richard F. Boulware, II
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**